In the Matter of the Application for the Appointment of Successor Trustees of the Estate of RANSOM PARKER, Deceased.

FALACIE B. PARKER, Appellant; CLARK P. LATTIN et al., Respondents.

*Decedent's estate — Surrogate's Court — appointment of substituted trustees.*

*Matter of Parker Estate,* 198 App. Div. 930, affirmed.

(Argued November 21, 1921; decided December 6, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1921, which affirmed a decree of the New York County Surrogate's Court appointing substituted trustees of the estate of Ransom Parker, deceased.

Appellant contended that the surrogate's appointments as substituted trustees should be set aside and a trust company named as sole substituted trustee.

*Horace E. Parker* for appellant.

*Jesse Grant Roe, Clark Parker Lattin, John Delahunty, John J. Kirby* and *Daniel J. Mooney* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.